UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE ESPARZA CARBAJAL,

　　　　　　Plaintiff,

　　　v.

KILOLO KIJAKAZI, Commissioner of Social Security,

　　　　　　Defendant.

Case No.  1:23-cv-00319-BAM

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**

(Doc. 2)

Pending before the Court is Plaintiff Guadalupe Esparza Carbajal's ("Plaintiff")
application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made
the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28
U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.  The Clerk of the Court is directed to issue new case documents, including the
Scheduling Order;

3.  The Clerk of the Court also is directed to issue summons and service shall proceed
under the Court's E-Service program with the Clerk delivering to the Commissioner of
Social Security Administration and the United States Attorney's Office at their
designated email addresses, a notice of electronic filing of the action along with the
summons and complaint.

IT IS SO ORDERED.

Dated:　**March 6, 2023**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1