JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ESPARZA CARBAJAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-00319-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from June 5, 2023 to August 4, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of June 5, 2023 and June 12, 2023, Counsel

1

currently has 26 merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: May 24, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA
                                          Attorneys for Plaintiff

Dated: May 24, 2023        PHILLIP A. TALBERT
                                        United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation
                                          Social Security Administration

                                    By:  */s/ Franco L. Becia*
                                          Franco L. Becia
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on May 24, 2023)

## **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall serve Defendant with Plaintiff's Motion for Summary Judgment on or before August 4, 2023. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 25, 2023**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE