PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| GUADALUPE ESPARZA CARBAJAL,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 1:23-cv-00319-BAM<br><br><br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 30 days, from August 30, 2023 to September 29, 2023, for Defendant to file her Cross-Motion for Summary Judgment. All other dates in this Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Plaintiff's counsel does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes, the undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training new attorneys, and handling more cases, including the above-captioned matter.  Counsel for the Commissioner will also be out of the office on pre-planned leave during the last week of August.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, counsel for the Commissioner needs an extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: August 21, 2023             PENA & BROMBERG, PLC

                        By:   /s/ Jonathan O. Pena*
                              JONATHAN O. PENA
                              Attorney for Plaintiff
                              [*as authorized by email on Aug. 21, 2023]

Dated: August 22, 2023             PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation, Office 7

                        By:   /s/ Margaret Branick-Abilla
                              MARGARET BRANICK-ABILLA
                              Special Assistant United States Attorney
                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant shall have an extension, up to and including September 29, 2023, to submit her Cross-Motion for Summary Judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 22, 2023**                              /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE